UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLEAR VIEW ENTERPRISES, LLC,

Plaintiff,

v.

EDWARD LOTT, et al.,

Defendants.

No. 2:23-cv-01359-DC-SCR

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. Nos. 18, 26)

Plaintiff Clear View Enterprises, LLC's motion for default judgment (Doc. No. 18) filed on October 1, 2024, was referred to the magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 19, 2025, the magistrate judge filed findings and recommendations recommending Plaintiff's motion for default judgment be denied. (Doc. No. 26.) The findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen (14) days. (*Id*. at 6.) Neither party has filed objections to the findings and recommendations and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper

1

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.     The findings and recommendations filed on September 19, 2025 (Doc. No. 26) are

ADOPTED in full; and

2.     Plaintiff's motion for default judgment (Doc. No. 18) is DENIED.

IT IS SO ORDERED.

Dated:    **January 28, 2026**     _____

Dena Coggins
United States District Judge

2